IN RE: DILBERT                           CASE NO. 09-14206

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS         102
                           60-249 / 433

| Case | Debtor |
|---|---|
| 09-14206 A | DILBERT, MITCHEL M. |
| 92004606058567 | DILBERT, AMBER E. |
| UNCLAIMED FUNDS | |

TID #380020
DAVID V. ADLER
P.O. BOX 55129
METAIRIE LA 70055

Date  02/16/2011      $ *********495.51

~~~Four Hundred Ninety-Five Dollars and 51/100

Pay to the Order of  CLERK, US BANKRUPTCY COURT
500 POYDRAS ST., ROOM B-601
NEW ORLEANS LA 70130-3386

*David V. Adler* (signature)
DAVID V. ADLER, Trustee

⑆000001 02⑆ ⑈043302493⑈ 9200460605 8567⑆

2/18/11
DEPOSIT TO TREASURY
UNCLAIMED.
DUE: SALLIE MAE

---

**UNITED STATES
BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 228230    - KW
* * C O P Y * *
February 18, 2011
13:54:02

TREASURY REGFUND
09-14206

Debtor.: MITCHEL M. DILBERT
Trustee: David Adler
Amount.:              $495.51 CH
Check#.: 102

Total-> | $495.51

FROM: ADLER

**David V. Adler,**
Trustee In Bankruptcy
P.O. Box 55129
Metairie, LA 70055
504-834-5465
832-5130 (fax)
adler_d@bellsouth.net

February 16, 2011

Ms. R. Marla Hamilton
Clerk of Court
U. S. Bankruptcy Court
500 Poydras St., Rm. B-601
New Orleans, LA 70130

Re: Mitchel M. Dilbert
    Amber E. Dilbert
    Case No. 09-14206

Dear Ms. Hamilton,

The enclosed check (#102) represents unclaimed funds of this estate for which attempted payment was made and distribution was returned. Please deposit these funds into the Registry of the Court pursuant to 11 USC §347(a).

Payment of claim(s) were previously sent to:

| Canceled Check No. | Date | Claimant Name(s) | Amount |
|---|---|---|---|
| 108 | 10/20/10 | Sallie Mae | $495.51 |

Sincerely Yours,

*David V. Adler*

David V. Adler, Trustee

cc: Office of U.S.T., w/o enclosure(s)